IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARAIK OHANIAN,<br><br>                Plaintiff,<br><br>vs.<br><br>WEST ASSET MANAGEMENT, INC., and DOES 1-10, inclusive;<br><br>                Defendants. | CASE NO. 8:14CV105<br><br>ORDER OF DISMISSAL |

      This matter is before the Court on the Parties' Stipulation of Dismissal without Prejudice (Filing No. 12). The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved and the above-captioned case should be dismissed without prejudice. Defendant West Asset Management, Inc.'s Motion to Dismiss (Filing No. 5) will be dismissed as moot. The Court will not assess costs and attorney's fees. Accordingly,

      IT IS ORDERED:

      1.     The Parties' Stipulation of Dismissal without Prejudice (Filing No. 12) is approved;

      2.     The above-captioned case is dismissed without prejudice;

      3.     Defendant West Asset Management, Inc.'s pending Motion to Dismiss (Filing No. 5) is dismissed as moot; and

      4.     The Court will not assess costs and attorney's fees.

Dated this 26th day of June, 2014.

                                                               BY THE COURT:

                                                              s/Laurie Smith Camp<br>
                                                              Chief United States District Judge